1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10

11
    NORTHWEST ADMINISTRATORS, INC.     )     NO. C 10 0392 MEJ
12  ROOFERS, et al.,                   )
                                       )
13                      Plaintiffs,    )
                                       )
14            vs.                      )     STIPULATION FOR
                                       )     DISMISSAL; ORDER
15  RYAN ENGINEERING, INC.,            )
    a California corporation           )
16                                     )
                                       )
17                      Defendants.    )
    _____)
18

19          It is hereby stipulated between the parties that the above

20  entitled action be dismissed with prejudice.

21  Dated: June 1, 2010           ERSKINE & TULLEY

22
                                  By:/s/Michael J. Carroll
23                                    Michael J. Carroll
                                      Attorneys for Plaintiffs
24
    Dated: June 1, 2010           SIMPSON, GARRITY, INNES & JACUZZI
25
                                  By: /s/Jamie Rudman
26                                    Jamie Rudman
                                      Attorney for Defendant
27

28

                      STIPULATION FOR DISMISSAL; ORDER
                                     1

1

O R D E R

2

It is so ordered.

3

Dated: June 2, 2010

4

Honorable Maria-Elena James

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL; ORDER
2